IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERRY LYNN DAVIS, JR.                                                          PLAINTIFF

v.                              Civil No. 4:19-cv-04014

DEPUTY GARY DORMAN, Hempstead County
Sheriff; JUSTIN HUGHES, Jail Administrator,
Nevada County Detention Facility; OFFICER
DREW RATHER, Jailer Nevada County
Detention Facility; TOMI HASH; REYN BROWN;
And CODY FERGERSON                                                             DEFENDANTS

## ORDER

Before the Court is Defendants' Tomi Hash, Justin Hughes, and Drew Rather's Motion to Withdraw Counsel. (ECF No. 54). Defendants Hash, Hughes and Rather request that Caroline "Carly" V. Hayes, listed a lead counsel in this case, be permitted to withdraw. Co-counsel, C. Burt Newell, will continue to represent Defendants Hash, Hughes, and Rather in this matter.

Defendants' Motion to Withdraw Counsel (ECF No. 54) is **GRANTED. The Clerk is DIRECTED to terminate Caroline Virginia Hays as counsel for Defendants Hash, Hughes and Rather and replace her with Co-counsel C. Burt Newell.**

**IT IS SO ORDERED THIS 24th day of September 2018.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE