IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERRY LYNN DAVIS, JR.                                                  PLAINTIFF

v.                              Civil No. 4:19-cv-04014

DEPUTY GARY DORMAN, Hempstead County
Sheriff; JUSTIN HUGHES, Jail Administrator,
Nevada County Detention Facility; OFFICER
DREW RATHER, Jailer Nevada County
Detention Facility; TOMI HASH; REYN BROWN;
And CODY FERGERSON                              DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Motion for Subpoena for Body Cam Footage and Also Control Buy Footage. (ECF No. 59).

In this motion Plaintiff asks the Court to "subpoena a copy of the Body Camera Footage from August 30th and the controlled by video from Oct 3rd, 2018 so that innocence can be proven." *Id.* Plaintiff has failed to identify where the video footage was recorded, who recorded the video footage, and which Defendant(s) has possession of the video footage so that a subpoena can be issued. Consequently, the Court is unable to grant Plaintiff's request for a subpoena as written.

Accordingly, Plaintiff's Motion for Subpoena for Body Cam Footage and Also Control Buy Footage (ECF No. 59) is **DENIED**.

IT IS SO ORDERED this 4th day of December 2019.

                                                    /s/ *Barry A. Bryant*
                                                    HON. BARRY A. BRYANT
                                                    UNITED STATES MAGISTRATE JUDGE