IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GERRY LYNN DAVIS, JR.                                                                         PLAINTIFF

v.                                     Civil No. 4:19-cv-04014

DEPUTY GARY DORMAN, Hempstead County
Sheriff; JUSTIN HUGHES, Jail Administrator,
Nevada County Detention Facility; OFFICER
DREW RATHER, Jailer Nevada County
Detention Facility; TOMI HASH; REYN BROWN;
And CODY FERGERSON                                                                          DEFENDANTS

## ORDER

Before the Court is Defendants Justin Hughes, Drew Rather, and Tomi Hash's Motion to Rule on Motion for Summary Judgment. (ECF No. 84). The Motion is **DENIED.** The Court will rule on all pending motions when it deems such appropriate.

**Counsel for Defendants filed the instant Motion on April 21, 2020. Counsel, at the time of filing the instant Motion, clearly had notice of the Court's Show Cause Order of April 17, 2020, (ECF No. 83), directing Plaintiff to show cause by April 27, 2020, why the case, or the claims against Defendants Hughes, Rather and Hash, should not be dismissed for failure to respond, as Counsel referenced this Show Cause Order in the instant Motion. (ECF No. 84, paragraph 3). The Court has now been forced to waste judicial resources considering the instant Motion. Counsel's Motion could easily be deemed frivolous by this Court. Counsel is cautioned not to file similar motions in the future.**

IT IS SO ORDERED this 22nd day of April 2020.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE